No. 82–629. THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION *v.* WOLD ENGINEERING, P.C., ET AL. Sup. Ct. N. D. [Certiorari granted, 461 U. S. 904.] Motions of Standing Rock Sioux Tribe of North and South Dakota et al. and Turtle Mountain Band of Chippewa Indians for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–708. SUMMA CORP. *v.* CALIFORNIA EX REL. STATE LANDS COMMISSION ET AL. Sup. Ct. Cal. [Certiorari granted, 460 U. S. 1036.] Motion of Amigos de Bolsa Chica for leave to file a brief as *amicus curiae* granted.

No. 82–945. SURE-TAN, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. [Certiorari granted, 460 U. S. 1021.] Motions of California Agricultural Labor Relations Board and United Farm Workers of America, AFL–CIO, for leave to file briefs as *amici curiae* granted.

No. 82–1071. ALUMINUM COMPANY OF AMERICA ET AL. *v.* CENTRAL LINCOLN PEOPLES' UTILITY DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, 460 U. S. 1050.] Motion of the Solicitor General for divided argument granted.

No. 82–1095. PULLEY, WARDEN *v.* HARRIS. C. A. 9th Cir. [Certiorari granted, 460 U. S. 1036.] Motion of National Council on Crime and Delinquency for leave to file a brief as *amicus curiae* granted.